UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

KENNETH V. FISHER,                           Case No. 6:21-cv-00354-MK

        Plaintiff,                                 ORDER

     v.

S. ALVIS, Corrections staff; PLUMMER,
SIU Investigator; CHRISTINA TOWERS,
SIU Investigator; JOHN DOE, IT/ISO
Supervisor, OSP,

        Defendants.

MCSHANE, District Judge.

      Plaintiff, an inmate in the custody of the Oregon Department of Corrections (ODOC), filed this action pursuant to 42 U.S.C. § 1983 and alleged that defendants confiscated and destroyed his property in violation of his federal constitutional rights. Plaintiff was advised that his Complaint failed to state a claim for relief under § 1983 and was allowed the opportunity to amend his allegations. In response, plaintiff moves to voluntarily dismiss this action in order to pursue his claims in state court.

1    - ORDER

Plaintiff's Motion for Voluntary Dismissal (ECF No. 6) is GRANTED. This action is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 23rd day of April, 2021.

                                                  s/ Michael J. McShane  
                                                MICHAEL J. MCSHANE  
                                                United States District Judge